**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| Tricia Lynn McKenna | : | Case No.: 18-10076 |
| | : | Chapter 7 |
| Debtor. | : | Chief Judge Robert E. Grant |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER (FIRST MORTGAGE)

The creditor, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-14, Asset-Backed Certificates, Series 2006-14, hereby moves the Court, pursuant to 11 U.S.C. § 362(d) and § 554, to lift the automatic stay and abandon from the estate the following real property:

   9006 Brickshire Pkwy, Fort Wayne, IN 46815-5845, (hereinafter the "Property").

In support of the motion, the Creditor states the following:

   1.   Tricia Lynn McKenna (hereinafter "Debtor") filed a Chapter 7 case on January 25, 2018, (hereinafter the "Petition Date").

   2.   As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage, a copy of which is attached as Exhibit "A".

   3.   The above described Mortgage was given to secure a promissory note, (hereinafter the "Note"), dated April 27, 2006 and made payable to the Creditor in the original sum of $171,200.00. A copy of the Note is attached hereto as Exhibit "B".

1

18-003222_HCM1

4. The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Allen County Recordings Office on April 28, 2006. Evidence of perfection is attached as Exhibit "A".

5. The loan was modified as set forth in the Loan Modification Agreement attached as Exhibit "C".

6. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

7. As of January 18, 2018, the outstanding principal of the Note was $177,861.04 and the outstanding interest was $5,745.13. As of January 18, 2018, the approximate payoff of the loan in question, consisting of the outstanding principal, interest, and escrow advances is $187,286.17.

8. The Property is burdensome and/or of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

   a. Debtor has no equity in the Property. Creditor believes that the Property has a value of $203,300.00 based on the Auditor's tax record, which is attached hereto as Exhibit "D". Creditor believes FCI Lender Services has an interest in the sum of $42,160.00, Lawnscape Lawn Maintenance has an interest in the sum of $195.00 and Discover Financial has an interest in the sum of $1,423.00. Including the Creditor's lien, there are liens in an aggregate amount of $231,064.17 on the Property. The balances on Creditor's first mortgage together with the balance on the second mortgage, and on the judgment liens exceed the value of the Property. Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

   b. The Creditor is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor has

failed to make periodic payments to Creditor since February 1, 2017 through January 2018. As of January 18, 2018, Debtor is delinquent 12 payments.

9. The Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed. Creditor, by counsel, further prays that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) be waived.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within 14 (fourteen) days of the date of this notice. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

> **Fort Wayne**
> 1300 South Harrison Street
> Room 1188
> Fort Wayne, IN  46802-3435

The objecting party must ensure delivery of the objection to the party filing the motion. If an objection is NOT timely filed, the requested relief and abandonment may be granted.

WHEREFORE, the Creditor moves the Court to enter an order lifting the automatic stay and abandoning the Property, and granting such other relief as appropriate.

> Respectfully submitted,
>
> /s/ Sarah E. Barngrover
> ―――――――――――――――――
> Sarah E. Barngrover (28840-64)
> Edward H. Cahill (0088985)
> Adam B. Hall (0088234)
> John R. Cummins (11532-10)
> Amy E. Gardner (93532)
> Manley Deas Kochalski LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-220-5611; Fax: 614-627-8181
> Attorney for Creditor
> The case attorney for this file is Sarah E. Barngrover.
> Contact email is sebarngrover@manleydeas.com

18-003222_HCM1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on the parties listed below via e-mail notification:

Nancy Gargula, 100 East Wayne Street, 5th Floor, South Bend, IN 46601-2349, 574-236-8105

Martin E. Seifert, 444 East Main Street, Fort Wayne, IN  46802

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on all parties listed on the attached creditor matrix and the individual(s) listed below via regular U.S. Mail, postage prepaid on February 02, 2018.

Tricia Lynn McKenna, 9006 Brickshire Parkway, Fort Wayne, IN  46815

/s/ Sarah E. Barngrover

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

|   |   |   |
|---|---|---|
| In re: | : | |
|  | : | |
| Tricia Lynn McKenna | : | Case No.:  18-10076 |
|  | : | Chapter 7 |
| Debtor. | : | Chief Judge Robert E. Grant |
|  | : | * * * * * * * * * * * * * * * * * * * * * |
|  | : | |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On February 2, 2018, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-14, Asset-Backed Certificates, Series 2006-14
 filed a Motion for Relief from Automatic Stay and Abandonment of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage), asking the court for relief and abandonment of the real estate commonly known as 9006 Brickshire Pkwy, Fort Wayne, IN 46815-5845.  A copy of the motion is attached to this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then on or before **February 16, 2018**, you or your attorney must:

(1) File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

1300 South Harrison Street
Room 1188
Fort Wayne, IN  46802-3435

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

(2) You must also mail a copy of your objection to:

Manley Deas Kochalski LLC
Attention: Sarah E. Barngrover
P.O. Box 165028
Columbus, OH  43216-5028

1

18-003222_HCM1

2

Nancy Gargula
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2349
574-236-8105

Martin E. Seifert
444 East Main Street
Fort Wayne, IN  46802

Tricia Lynn McKenna
9006 Brickshire Parkway
Fort, IN  46815

Tricia Lynn McKenna
9006 Brickshire Pkwy
Fort Wayne, IN  46815-5845

FCI Lender Services
PO Box 27370
Anaheim, CA  92809

Lawnscape Lawn Maintenance
6806 Parrott Rd
Fort Wayne, IL  46803

 If you do not file an objection by the date it is due, the court may grant the relief and abandonment requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Date: February  02 , 2018

                                /s/ Sarah E. Barngrover

18-003222_HCM1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion and Opportunity to Object was served on the parties listed below via e-mail notification:

Nancy Gargula, 100 East Wayne Street, 5th Floor, South Bend, IN 46601-2349, 574-236-8105

Martin E. Seifert, 444 East Main Street, Fort Wayne, IN  46802

The undersigned hereby certifies that a copy of the foregoing Notice of Motion and Opportunity to Object was served on all parties listed on the attached creditor matrix and the individual(s) listed below via regular U.S. Mail, postage prepaid on February  02 , 2018.

Tricia Lynn McKenna, 9006 Brickshire Parkway, Fort, IN  46815

/s/ Sarah E. Barngrover

```
Label Matrix for local noticing        (p)AMERICOLLECT INC                    Allen County Treasurer
0755-1                                  PO BOX 2080                            1 East Main Street Suite 104
Case 18-10076-reg                       MANITOWOC WI 54221-2080                Fort Wayne IN  46802-1888
Northern District of Indiana
Fort Wayne Division
Fri Feb  2 11:42:50 EST 2018

BANK OF AMERICA                         (p)BANK OF AMERICA                     Sarah E. Barngrover
PO BOX 31785                            PO BOX 982238                          Manley Deas Kochalski LLC
TAMPA, FL 33631-3785                    EL PASO TX 79998-2238                  P.O. Box 165028
                                                                               Columbus, OH 43216-5028


CHASE CARD SERVICES                     CREDIT MANAGEMENT                      (p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 15298                            4200 INTERNATIONAL  PKWY               PO BOX 3025
WILMINGTON, DE 19850-5298               CARROLLTON, TX 75007-1912              NEW ALBANY OH 43054-3025


(p)FRONTIER COMMUNICATIONS              Nancy J. Gargula                       Indiana Department of Revenue
BANKRUPTCY DEPT                         100 East Wayne Street, 5th Floor       Bankruptcy Section - MS 108
19 JOHN STREET                          South Bend, IN 46601-2349              100 North Senate Avenue, N240
MIDDLETOWN NY 10940-4918                                                       Indianapolis IN 46204-2231


Indiana Employment Security Division    MACYS                                  MIDLAND  FUNDING
10 North Senate Street                  PO BOX 8218                            2365 NORTHSIDE  DR #300
Indianapolis, IN 46204-2201             MASON,  OH 45040-8218                  SANDIEGO, CA 92108-2709


Tricia Lynn McKenna                     NATIONSTAR   MORTGAGE                  ONE MAIN  FINANCIAL
9006 Brickshire Parkway                 8950 CYPRESS WATERS  BLVD              6801 COLWELL BLVD
Fort Wayne, IN 46815-5845               COPPELL, TX 75019-4620                 IRVING, TX 75039-3198


ONE MAIN  FINANCIAL                     (p)PORTFOLIO RECOVERY ASSOCIATES LLC   RECEIVABLES PERFORMANCE
PO BOX 1010                             PO BOX 41067                           20816 44TH AVE W
EVANSVILLE, IN 47706-1010               NORFOLK VA 23541-1067                  LYNNWOOD, WA 98036-7744


SYNCHRONY BANK/ CARE CREDIT             SYNCHRONY BANK/ SAMS CLUB              SYNCHRONY BANK/ WALMART
PO BOX 965036                           PO BOX965005                           PO BOX 965024
ORLANDO, FL 32896-5036                  ORLANDO, FL 32896-5005                 ORLANDO, FL 32896-5024


SYNCROHNY  BANK/   AMAZON               SYNCROHNY BANK/ PAYPAL                 Martin E. Seifert
PO BOX 965015                           PO BOX 965005                          444 East Main Street
ORLANDO,  FL 32896-5015                 ORLANDO, FL 32896-5005                 Fort Wayne, IN 46802-1911


TD BANK USA/ TARGET CREDIT              WELLS FARGO  DEALER SERVICES           WELLS FARGO  FINANCIAL CARDS
PO BOX 673                              PO BOX 1697                            PO BOX 14517
MINNEAPOLIS, MN 55440-0673              WINTERVILLE, NC 28590-1697             DES MOINES, IA 50306-3517
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICOLLECT INC<br>1851 SALVERNO RD<br>MANITOWOC,   WI 54220 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998 | DISCOVER FINANCIAL<br>PO BOX  15316<br>WILMINGTON,  DE 19850 |
| FRONTIER COMMUNICATIONS<br>19 JOHN ST<br>MIDDLETOWN,  NY 10940 | PORTFOLIO RECOVERY   ASSOCIATES<br>120 CORPORATE  BLVD #100<br>NORFOLK, VA 23502 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30