UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | CHAPTER 7 |
| TRICIA LYNN McKENNA | ) | |
| | ) | CASE NO. 18-10076 |
| Debtor(s) | ) | |

**TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT FILED BY U.S. BANK, N.A.**

Martin E. Seifert, Trustee, files his Trustee's Objection to Motion for Relief from Automatic Stay and Abandonment Filed By U.S. Bank, N.A. ("Motion"). As his Objection, the Trustee states as follows:

1. On January 25, 2018, the Debtor filed a Petition for Relief under Chapter 7 of the United States Bankruptcy Code.

2. The undersigned Trustee was appointed on the same date.

3. On or about February 2, 2018, U.S. Bank, N.A.. ("U.S. Bank"), filed its Motion in this matter.

4. Trustee has not yet had time to review documents and conduct a Section 341 meeting of the Debtor regarding the real estate. Trustee objects to the Motion for Relief and Abandonment until such time as Trustee has had an opportunity to review documents regarding the real estate and determine its value.

- 2 -

**WHEREFORE,** the Trustee requests that the Court deny U.S. Bank, N.A.'s Motion for Relief and Abandonment, and for all other relief as is just and proper in the premises.

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **HALLER & COLVIN, P.C.**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL:  mseifert@hallercolvin.com**

        **BY:  /s/  Martin E. Seifert**
            **MARTIN E. SEIFERT, TRUSTEE**
            **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Trustee's Objection to Motion for Relief from Automatic Stay and Abandonment Filed By U.S. Bank, N.A. has been sent by first class, United States mail, postage prepaid, or electronically by the Court's electronic filing system, this 6th day of February, 2018, to:

    Tricia L. McKenna, Pro Se
    9006 Brickshire Parkway
    Fort Wayne, IN 46815

    Sarah E. Barngrover, Esq.
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, Ohio 43216-5028

    U.S. Trustee
    555 One Michiana Square
    100 East Wayne Street
    South Bend, Indiana 46601

          /s/  Martin E. Seifert
        **MARTIN E. SEIFERT**